IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 09-cv-48-JPG-PMF |
| ) | |
| GEORGE T. DAVIS, DEBRA L. DAVIS, ) | |
| and ILLINOIS DEPARTMENT OF ) | |
| PUBLIC AID, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

This matter having come before the Court, the defendant having satisfied the indebtedness claimed by the plaintiff,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Date:  November 2, 2009**             s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
   **J. PHIL GILBERT**
   **DISTRICT JUDGE**